■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MORAN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on August 5, 1975, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd

5). No opinion. Concur—Lupiano, J. P., Silverman, Evans, Lynch and Sullivan, JJ.